No. 24-6151

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**FIONA HARVEY,**

*Plaintiff-Appellee,*

v.

**NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,**

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Central District of California, Case No. 2:24-cv-04744-RGK-AJR
The Honorable R. Gary Klausner

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION TO EXTEND
TIME TO FILE ANSWERING BRIEF**

| | |
|---|---|
| Brian Levenson | Allen Hyman |
| Richard A. Roth | THE LAW OFFICE OF ALLEN HYMAN |
| THE ROTH LAW FIRM, PLLC | 10737 ½ Riverside Dr. |
| 295 Madison Avenue | North Hollywood, CA 91602 |
| Floor 22 | lawoffah@aol.com |
| New York, NY 10017 | P: (818) 763-6289 |
| (212) 542-8882 | |

April 9, 2025

*Counsel for Plaintiff Appellee,
Fiona Harvey*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), Plaintiff-Appellee Fiona Harvey ("Harvey") respectfully moves for a 30-day extension of time within which to file her Answering Brief and supplemental index. Counsel for Defendant-Appellants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (collectively, "Netflix") have stated that they do not oppose this motion.

Netflix filed its Opening Brief on February 26, 2025. ECF No. 24. Harvey's Answering brief was due on March 28, 2025. ECF No. 20. Harvey requested and received a streamlined extension of time to file her Answering Brief. ECF No. 32. Under that extension Harvey's Answering Brief is due on April 28, 2025. ECF No. 32.

Harvey respectfully submits that a 30-day extension to and including May 28, 2025 is appropriate and supported by substantial need. Undersigned counsel has exercised diligence and will file the Answering Brief within the time requested.

Good cause exists to grant this motion. Counsel for Harvey, Brian Levenson, who is principally responsible for the preparation of the Answering Brief, is currently managing a heavy caseload involving multiple complex and time-sensitive matters due in April across various jurisdictions. For example, during April 2025, Mr. Levenson has briefed and continues to brief motions in the following cases: *Scallions, et al. v. Bell, et al.* (C.D. Cal. 2:25-cv-02142), *Mason Sales, LLC v. Talent*

1

*Creation, et al.* (M.D. Tenn. 3:24-cv-00092); *Brunswick Records Corp., et al v. Lastrada Entertainment Co. Ltd.*, (N.Y. Sup. Ct., Index No. 150489/2024); *Golden Foothill Insurance Services, LLC v. Spin Capital, LLC, et al.* (S.D.N.Y. 1:24-cv-08515); *Benjamin v. Versus International, Inc.* (N.Y. Sup. Ct., Index No. 654559/2023); *Beerman, et al. v. Brier, et al.* (N.Y. Sup. Ct., Index No. 162251/2024).

The only other counsel assisting in drafting the Answering Brief is Richard A. Roth who also had and continues to have numerous motion briefing deadlines in April 2025, including in these cases: *AFI Solar Capital Solutions, LLC v. Vielectron, LLC, et al.*, (N.Y. Sup. Ct. Index No. 655814/2024); *Weber v. Weber, et al.* (D.N.J. 2:25-cv-00629); *Lubinksy v. Wilson, et. al.*, (N.Y. Sup. Ct. Index No. 51103/2020); and *Alfered Ritter GMBH & Co. KG, v. Euro-American Brands, LLC,* ICC Arb. Case No. 28510/GL.

In addition to briefing deadlines, Mr. Levenson and Mr. Roth have a four-day arbitration in *David Boral, et al. v. Aegis Capital Corp.* (FINRA No. 20-01396) on April 22-25, and each has family travel on April 17-20.

Given these overlapping obligations, additional time is necessary to complete the Answering Brief, including thoroughly reviewing and addressing the forty-five cases cited in Netflix's Opening Brief. This case presents issues of substantial

2

importance in defamation law. Granting additional time will allow potential amici the opportunity to assess the case and prepare amicus briefs that could aid the Court in its evaluation of the district court's ruling.

For these reasons, and as set forth in the attached declaration of Brian Levenson, Harvey respectfully requests that the Court grant a 30-day extension of the deadline to file her Answering Brief to and including May 28, 2025.

Dated: April 9, 2025    Respectfully submitted,

/s/ *Brian Levenson*
Brian Levenson
Richard A. Roth
THE ROTH LAW FIRM, PLLC
295 Madison Avenue
Floor 22
New York, NY 10017
(212) 542-8882
*Counsel for Plaintiff-Appellee Fiona Harvey*

## DECLARATION OF BRIAN LEVENSON

I, Brian Levenson, declare and state as follows:

1. I am a member of the bar of New York and of this Court. I am a partner of the law firm of The Roth Law Firm, PLLC, and represent Plaintiff-Appellee Fiona Harvey ("Harvey") in the above-captioned matter.

2. Netflix filed its Opening Brief on February 26, 2025 after receiving a streamlined extension and 30-day extension by unopposed motion. ECF Nos. 6, 20, 24.

3. Harvey's Answering brief was due on March 28, 2025. ECF No. 20.

4. Harvey requested and received a streamlined extension of time to file her Answering Brief. ECF No. 32. Under that extension Harvey's Answering Brief is due on April 28, 2025. ECF No. 32.

5. Harvey respectfully requests a 30-day extension of time to and including May 28, 2025 to file her opening brief.

6. I am principally responsible for the preparation of Harvey's Answering Brief. The requested extension is necessary to ensure that I can adequately review the record and prepare Harvey's Answering Brief and prepare a supplemental index.

7. Throughout April, I have numerous other professional obligations. For example, I have prepared and continue to prepare motion papers in numerous state and federal actions, including: *Scallions, et al. v. Bell, et al.*, (C.D. Cal. 2:25-cv-

02142) [motion to dismiss filed on April 3, 2025, reply brief due April 17, 2025]; *Brunswick Records Corp., et al. v. Lastrada Entertainment Co. Ltd., et al.*, (N.Y. Sup. Ct., Index No. 150489/2024) [opposition to motion due April 11, 2025]; *Golden Football Insurance Services, LLC v. Spin Capital, LLC, et al.* (S.D.N.Y. 1:24-cv-08515) [motion to dismiss on April 3, 2025 and reply brief due on April 21, 2025]; *Benjamin v. Versus International, Inc*. (N.Y. Sup. Ct., Index No. 654559/2023), [opposition to motion due on April 21, 2025]; and *Beerman, et. al. v. Brier, et. al.*, (N.Y. Sup. Ct., Index No. 162251/2024) [opposition to motion to dismiss due April 23, 2025];

8. The only other attorney assisting in the drafting of Answering Brief is Richard A. Roth who also has also prepared, and continues to prepare numerous motions in April 2025, including in *Lubinsky v. Wilson, et al*., [opposition to summary judgment due April 30, 2025]; *Weber v. Weber, et al*., (D.N.J. 2:25-cv-00629) [motion to dismiss filed on April 3, 2025 and reply brief due April 24, 2025]; and *Alfered Ritter GMBH & Co. KG, v. Euro-American Brands, LLC,* ICC Arb. Case No. 28510/GL [motion to compel production April 2, 2025].

9. In addition, Mr. Roth and I are scheduled to participate in a four-day FINRA arbitration in *David Boral, et al. v. Aegis Capital Corp.*, *et. al.* (FINRA No. 20-01396), scheduled for April 22-25, 2025, we each have family travel on April 17-20.

5

10. I have and will continue to exercise diligence and will ensure that Harvey's Answering Brief is filed within the additional time requested.

11. Under the circumstances, I respectfully request that this Court extend the time to file Harvey's Answering Brief by 30 days to and including May 28, 2025.

12. Counsel for Defendant-Appellants Netflix, Inc. and Netflix Worldwide Entertainment, LLC have stated that they will not oppose this motion.

13. The court reporter is not in default with respect to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Executed this 9th day of April, 2025, in New York, New York.

/s/ *Brian Levenson*
Brian Levenson
of THE ROTH LAW FIRM, PLLC

*Counsel for Plaintiff-Appellant Fiona Harvey*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-face and type-style rules of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font. It also complies with the type-volume limitation of Circuit Rule 27- 1(1)(d) and 32-3(2) because it contains 583 words, excluding the parts of the Motion exempted by Federal Rule of Appellate Procedure 32(f).