UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FIONA HARVEY,

Plaintiff - Appellee,

v.

NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

Defendants - Appellants.

No. 24-6151

D.C. No.
2:24-cv-04744-RGK-AJR
Central District of California,
Los Angeles

ORDER

"[O]rders denying anti-SLAPP motions under California's statute are not immediately appealable under the collateral order doctrine." *Gopher Media LLC v. Melone*, 154 F.4th 696, 702 (9th Cir. 2025). This court may therefore lack jurisdiction over this appeal.

Within 14 days, appellants must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellants do not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellants file a statement, appellee may file a response within 10 days.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT