**No. 24-6151**

**IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**FIONA HARVEY,**

*Plaintiff-Appellee*,

v.

**NETFLIX, INC. and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,**

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Central District of California, Case No. 2:24-cv-04744-RGK-AJR
The Honorable R. Gary Klausner

# DEFENDANTS-APPELLANTS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Marvin S. Putnam
Laura R. Washington
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Gregory G. Garre
*Counsel of Record*
Christina R. Gay
Sakina J. Haji
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2207

*Counsel for Defendants-Appellants*
*Netflix, Inc. and Netflix Worldwide Entertainment, LLC*

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Defendants-Appellants Netflix, Inc. and Netflix Worldwide Entertainment, LLC (collectively, Netflix) respectfully move to voluntarily dismiss this appeal. In its October 6, 2026 order, the Court directed Appellants, within 14 days, either to move for voluntary dismissal or to explain why this appeal should not be dismissed for lack of jurisdiction in light of *Gopher Media LLC v. Melone*, 154 F.4th 696 (9th Cir. 2025) (en banc). Dkt. 57. In *Gopher Media*, this Court held that "orders denying anti-SLAPP motions under California's statute are not immediately appealable under the collateral order doctrine." 154 F.4th at 702. In accordance with this Court's order, Netflix therefore submits this motion to dismiss this appeal.

Plaintiff-Appellee does not oppose this motion.

Dated: October 20, 2026

Respectfully submitted,

/s/ *Gregory G. Garre*
Gregory G. Garre
*Counsel of Record*
Christina R. Gay
Sakina J. Haji
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2207

Marvin S. Putnam
Laura R. Washington
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
(424) 653-5500

*Counsel for Defendants-Appellants*
*Netflix, Inc. and Netflix Worldwide Entertainment, LLC*